Gerald M. Needham, OSB # 963746
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204-3228
Tel:   (503) 326-2123
Fax:   (503) 326-5524
jerry_needham@fd.org

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON NELSON,<br><br>　　　　　　　Defendant. | Case No. 3:20-cr-00308-HZ<br><br>DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

I, Gerald M. Needham, declare:

1. I am counsel for Brandon Nelson in the above-entitled action.

2. Mr. Nelson has been indicted for one count of Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1).

3. March 23, 2021, is the second trial setting.

4. Mr. Nelson is presently detained at the Federal Detention Center in Sheridan, Oregon. Counsel has communicated with him and discussed the need for the continuance. Mr. Nelson specifically authorized counsel to represent he consents to the continuance with

PAGE 1.　　DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE

the knowledge that the timeframe is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

5. Additional time is required by defense counsel to conduct pretrial investigation, including, but not limited to, obtaining prior criminal records, consulting with forensic experts, reviewing discovery materials with the defendant, determining what pretrial motions, if any, should be filed, and otherwise properly preparing for trial.

6. Assistant United States Attorney Ashley Cadotte has authorized counsel to represent the government has no objection to the requested continuance.

7. The timeframe of the requested continuance is excludable from Speedy Trial computations pursuant to 18 U.S.C. § 3161(h)(7)(A), as additional time is required for pretrial investigation and trial preparation, and the ends of justice are better served by the granting of the continuance and outweigh the interests of the public and the defendant in a speedier trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that the statements set forth above are based on my own knowledge, except where otherwise indicated, and I believe those statements to be true; and that this declaration was executed on March 15, 2021, in Portland, Oregon.

/s/ Gerald M. Needham
Gerald M. Needham
Attorney for Defendant